**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1404**

FALASTIN MARTIN,

                Plaintiff - Appellant,

     v.

U.S. GOVERNMENT, Multiple U.S. Government federal agencies,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00197-LMB-IDD)

Submitted:  June 21, 2023                                    Decided:  August 15, 2023

Before KING and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Falastin Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Falastin Martin appeals the district court's order dismissing her civil complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Martin v. U.S. Government*, No. 1:22-cv-00197-LMB-IDD (E.D. Va. Feb. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*